No. 252.—Cruz, Peticionario, *v.* Comisión de Indemnizaciones a Obreros, Demandada. *Mandamus.* Julio 22, 1927. Vista la precedente solicitud para que expidamos un auto de Mandamus y la regla 69 de las de este Tribunal; no exponiéndose por el peticionario razón alguna que haga necesario que expidamos originalmente dicho auto, *no ha lugar a lo que se interesa.*

No. 4343.—Blanco, Apldo., *v.* Blanco Vda. Díaz Hellín, Aplte.—C. D. San Juan. Julio 28, 1927. No habiéndose archivado en tiempo la transcripción de los autos ni alegado motivo alguno que explique la falta del archivo *se declara con lugar la moción del apelado y se desestima el recurso.*

Nos. 4324 y 4325.—Gracia, Apldo., *v.* Guardiola et al., Demandados.—C. D. San Juan. Daños y perjuicios. Julio 30, 1927. En estos casos la transcripción se archivó el 30 de junio último y el alegato fué presentado el 19 de julio siguiente, o sea con anterioridad a la vista de la moción de desestimación, aunque después de presentada ésta, el Tribunal, en el ejercicio de su discreción, resolvió *no haber lugar a desestimar los recursos.*

El Juez Asociado Sr. Wolf no intervino.

No. 4354.—Latorre y Rojas, Apltes. *v.* Nogueras, Apdo. —C. D. Ponce. Nov. 9, 1927. Desestimada la apelación por no haberse radicado por los apelantes la transcripción de autos dentro del término legal.

No. 3265.—El Pueblo, Apldo., *v.* Vélez, Aplte.—C. D. San Juan. Nov. 9, 1927. Habiéndose acompañado las notas taquigráficas debidamente aprobadas por el Juez sentenciador y atendidas las circunstancias que en el caso concurren, téngase por corregida la transcripción agregando a ella las indicadas notas taquigráficas.